IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>A Silver 2011 Buick Enclave With VIN 5GAKVBED8BJ101982 | Case No. 3:23-mj-00514<br><br>MOTION TO SEAL SEARCH WARRANT AND AFFIDAVIT |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Lori H. Conroy, Assistant United States Attorney, moves the Court for an order sealing the Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Special Agent Daniel R. Genck, Federal Bureau of Investigation, the Search Warrant Return, and this Motion to Seal in the above-captioned matter for an additional 180 days to July 6, 2024.

In support of this motion, the United States alleges and states:

The Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Special Agent Daniel R. Genck, Federal Bureau of Investigation; and the Search Warrant Return, includes name(s) and information which, if made public, may compromise an on-going investigation if this information is disclosed.

Dated: January 8, 2024

MAC SCHNEIDER
United States Attorney

By:  /s/ Lori H. Conroy
LORI H. CONROY
Assistant United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North - Suite 250
Fargo, ND  58102-4932
(701) 297-7400
ND Bar Board ID No. 06416
Lori.Conroy@usdoj.gov
Attorney for United States